IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>       Plaintiff,                                  )<br>                                                            )<br>       vs.                                            )<br>                                                            )<br>FLORENCIO MORALES-SOLANO,  )<br>                                                            )<br>       Defendant.                            )<br>_____) | No. 1:11-CR-00376 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on February 4, 2013, to a period of time served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.  This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

Dated:   **February 4, 2013**          /s/  **Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE

1