H. Ty Kharazi, SBN 187894
YARRA, KHARAZI AND CLASON
2000 Fresno St. Ste. 300
Fresno, CA 93721
Tel (559) 441-1214
Fax (559) 441-1215

ATTORNEY FOR:   FLORENCIO MORALES-SOLANO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FLORENCIO MORALES-SOLANO <br><br> Defendant. | Case No.: **1:11-CR-00376-007** <br><br> **STIPULATION TO AMEND JUDGEMENT IN A CRIMINAL CASE AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Judgment for the above-referenced criminal case should reflect that the defendant was found guilty of one count of violation of Title 18 U.S.C. § 924(a)(1)(A). The defendant did not plead guilty pursuant to the theory of liability set forth in 18 U.S.C. § 2, aiding and abetting. Rather, he pleaded guilty as a principal, and therefore the parties agree and stipulate that the judgment should reflect a finding of guilty without reference to 18 U.S.C. § 2.

Accordingly, the parties respectfully request the court to execute this order to clarify and correct the record and if at all possible enter an Amended Judgment consistent with this stipulation.

Dated: June 20, 2014                      YARRA, KHARAZI & CLASON

                                                  /s/ H. Ty Kharazi  
                                                  H. TY KHARAZI, Attorney for Defendant  
                                                  Florencio Morales-Solano

Dated: June 26, 2014                      BENJAMIN B. WAGNER  
                                                  United States Attorney

                                                  /s/ Kimberly Sanchez  
                                                  KIMBERLY SANCHEZ  
                                                  Assistant U.S. Attorney

## **ORDER**

Accordingly, the Judgment in the Criminal Case above is amended to reflect that the Defendant was found guilty of one count of Title 18 U.S.C. § 924(a)(1)(A) without reference to 18 U.S.C. § 2.

IT IS ORDERED.

Dated: June 26,2014

                                              /s/ Lawrence J. O'Neill  
                                            LAWRENCE J. O'NEILL  
                                            UNITED STATES DISTRICT JUDGE