| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00376 LJO |
| Plaintiff, | ORDER FOR DISCLOSURE OF PRESENTENCE REPORT |
| v. | |
| FLORENCIO MORALES-SOLANO, | |
| Defendant. | |

The United States, by and through its attorneys, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kimberly A. Sanchez, Assistant U.S. Attorney, has petitioned the Court for release of the presentence report prepared in this case to the ICE/DHS attorney handling the immigration case regarding Florence Morales-Solano. The petition is made upon the request of an immigration judge responsible for adjudicating Mr. Morales-Solano's soundness of mind when he pleaded guilty in this matter as Mr. Morales-Solano is attempting to challenge the guilty plea in this matter.

Pursuant to Local Rule 460 (b), the United States has filed a petition seeking disclosure of the disclosure of a presentence report. The Court finds that petition has established with particularity the the need for specific information in the records as the information contained in the presentence report would provide information regarding Mr. Morales-Solano's ability to understand the plea and would help inform the Immigration Judge regarding the circumstances surrounding the conviction.

For the reasons set forth, the Court orders that the United States Probation Officer for the Eastern District of California release the presentence report prepared in anticipation of Mr. Morales-Solano's sentencing hearing be releases to the ICE/DHS counsel handling his immigration hearing, Mr. Florencio Morales-Solano's counsel, and the immigration judge.

IT IS SO ORDERED.

Dated: **May 31, 2019**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE